IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 26- |
| v. | : | DATE FILED: |
| JEREMIAH BULLOCK, | : | VIOLATIONS: |
| a/k/a "Jeremiah Batties," | | 18 U.S.C. § 922(a)(1)(A) (dealing in |
| a/k/a "K" | : | firearms without a license – 1 count) |
| | | 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| | : | (distribution of controlled substances – 3 |
| | | counts) |
| | : | 18 U.S.C. § 2 (aiding and abetting) |
| | | Notices of forfeiture |

**I N F O R M A T I O N**

**COUNT ONE**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

From on or about August 20, 2024, to on or about September 20, 2024, in

Philadelphia, in the Eastern District of Pennsylvania, defendant

**JEREMIAH BULLOCK,**
**a/k/a "Jeremiah Batties,"**
**a/k/a "K,"**

and others known and unknown to the United States Attorney, willfully engaged in the business

of dealing in firearms without being licensed to do so under the provisions of Chapter 44, Title

18, United States Code, and aided and abetted such unlicensed dealing in firearms without a

license under the same provisions.

In violation of Title 18, United States Code, Sections 922(a)(1)(a), 924(a)(1)(D),

and 2.

## COUNT TWO

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

On or about August 20, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**JEREMIAH BULLOCK,**
**a/k/a "Jeremiah Batties,"**
**a/k/a "K,"**

and others known and unknown to the United States Attorney, knowingly and intentionally distributed, and aided and abetted the distribution of, a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT THREE

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

On or about March 12, 2025, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

**JEREMIAH BULLOCK,**
**a/k/a "Jeremiah Batties,"**
**a/k/a "K,"**

knowingly and intentionally distributed a mixture and substance containing a detectable amount

of cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## COUNT FOUR

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

On or about March 20, 2025, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

**JEREMIAH BULLOCK,**
**a/k/a "Jeremiah Batties,"**
**a/k/a "K,"**

knowingly and intentionally distributed a mixture and substance containing a detectable amount

of cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## NOTICE OF FORFEITURE NO. 1

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D), as set forth in this information, defendant

**JEREMIAH BULLOCK,**
**a/k/a "Jeremiah Batties,"**
**a/k/a "K,"**

shall forfeit to the United States of America all firearms and ammunition involved in the commission of such offenses, including, but not limited to, the following:

1.  a black and silver Privately Manufactured Firearm, semi-automatic rifle, bearing the word "Black Magic," with no serial number;

2.  a silver firearm silencer;

3.  a black firearm magazine;

4.  a Privately Manufactured Firearm, 10mm semi-automatic pistol, with no serial number; and

5.  eleven live rounds of 10mm ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

## NOTICE OF FORFEITURE NO. 2

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

1.      As a result of the violations of Title 21, United States Code, 841(a)(1), set forth in this information, defendant

**JEREMIAH BULLOCK,**
**a/k/a "Jeremiah Batties,"**
**a/k/a "K,"**

shall forfeit to the United States of America any property constituting, or derived from, proceeds obtained directly or indirectly from the commission of such offenses, including, but not limited to, the following:

   a.      A forfeiture money judgment in the amount of $600 U.S. Currency, which includes the following:

      i.      $200 U.S. Currency (Count Two);

      ii.     $200 U.S. Currency (Count Three); and

      iii.    $200 U.S. Currency (Count Four).

2.      If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

   a.   cannot be located upon the exercise of due diligence;

   b.   has been transferred or sold to, or deposited with, a third party;

   c.   has been placed beyond the jurisdiction of the Court;

   d.   has been substantially diminished in value; or

   e.   has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

**DAVID METCALF**
**United States Attorney**

No. _ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

**JEREMIAH BULLOCK**
**a/k/a "Jeremiah Batties,"**
**a/k/a "K"**

INFORMATION

Counts

**18 U.S.C. § 922(a)(1)(A) (dealing in firearms without a license – 1 count)**
**21 U.S.C. § 841(a)(1), (b)(1)(C) (distribution of controlled substances – 3 counts)**
**18 U.S.C. § 2 (aiding and abetting)**
**Notices of forfeiture**

A true bill.

_____
Foreperson

Filed in open court this _____ day,
Of _____ A.D. 20 _____

_____
Foreperson

Bail, $ _____